# Court of Appeals
# of the State of Georgia

ATLANTA, __January 26, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0178.  MARGARET KEITA v. STEVE SCARBROUGH.**

Margaret Keita filed an application for discretionary appeal from a state court order issuing a writ of possession. We dismissed the application as untimely. Keita filed a motion for reconsideration from this ruling, demonstrating that she had obtained an extension of time in which to file the application.

Keita's motion for reconsideration is hereby GRANTED. Our previous order dismissing this application is VACATED and the application is REINSTATED. Upon review of the merits, however, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/26/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*